```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 22640
   WAI FUNG KING
   WAL FUNG MOY                               CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6253    SSN XXX-XX-9158
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 09/14/2004 and was confirmed 11/04/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 100.00% from remaining funds.

   The case was paid in full 09/17/2007.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO | SECURED | 2025.15 | 55.69 | 2025.15 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 11662.05 | .00 | 11662.05 |
| AMERICAN EXPRESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 12739.70 | .00 | 12739.70 |
| BANK ONE DELAWARE | UNSECURED | 9242.72 | .00 | 9242.72 |
| BANK ONE DELAWARE | UNSECURED | 6940.60 | .00 | 6940.60 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 9574.09 | .00 | 9574.09 |
| CHASE MANHATTAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 11350.07 | .00 | 11350.07 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 4313.67 | .00 | 4313.67 |
| DISCOVER FINANCIAL SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| E TRADE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED OTH | 1360.02 | .00 | 1359.48 |
| ALEX D MOGLIA & ASSOCIAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 805.00 | | 805.00 |
| TOM VAUGHN | TRUSTEE | | | 3,914.90 |
| DEBTOR REFUND | REFUND | | | 3,761.88 |

   Summary of Receipts and Disbursements:

---
|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 77,745.00 | |
| PRIORITY | | .00 |
| SECURED | | 2,025.15 |

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 22640 WAI FUNG KING & WAL FUNG MOY

```
    INTEREST                                              55.69
UNSECURED                                             67,182.38
ADMINISTRATIVE                                           805.00
TRUSTEE COMPENSATION                                   3,914.90
DEBTOR REFUND                                          3,761.88
                              ----------------   ----------------
TOTALS                              77,745.00          77,745.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
   Dated: 12/27/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```